

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2018

No. 04-18-00262-CR

Joe Anthony **PEREZ**,
Appellant

v.

The **STATE** of Texas,
Appellee

From the 81st Judicial District Court, Atascosa County, Texas
Trial Court No. 17-03-0189-CRA
Honorable Philip A. Kazen, Jr., Judge Presiding

# O R D E R

The reporter's record was originally due on May 29, 2018.  On June 4, 2018, the clerk of this court notified the court reporter that she is the court reporter responsible for timely filing the reporter's record in this appeal and that the reporter's record is late.  The clerk explained that if the reporter's record has not been filed because (1) the appellant has failed to pay or make arrangements to pay the reporter's fee and (2) the appellant is not entitled to appeal without paying the fee, the court reporter must file a notification of late record stating such fact within ten days.  Otherwise, the court reporter must file the reporter's record within thirty days.

The reporter's record has not been filed.  Nor has the court reported filed a notification of late record.

We, therefore, ORDER the court reporter to file the reporter's record on or before **August 7, 2018**.  If the reporter's record is not received by such date, an order may be issued directing the court reporter to appear and show cause why she should not be held in contempt for failing to file the record.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2018.



KEITH E. HOTTLE,
Clerk of Court